821 A.2d 1204

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Lawrence SMITH, Appellant.**

Supreme Court of Pennsylvania.

Argued April 9, 2003.

Decided April 25, 2003.

Michael S. Goodwin, New Britain, for Lawrence Smith, Appellant.

William Craig Penglase, Diane E. Gibbons, Doylestown, Stephen B. Harris, Warrington, for the Com. of PA, Appellee.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

## *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.